No. 70–354. FOODEN ET AL. *v.* BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES OF ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–430. CRABTREE *v.* BOARD OF EDUCATION, WELLSTON CITY SCHOOL DISTRICT, ET AL. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6259. MCENTEGGART *v.* CATALDO ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–249. ORR *v.* TRINTER ET AL. C. A. 6th Cir. Motions of National Education Assn. and Board of Education of the City of Washington C. H., Ohio, for leave to file briefs as *amici curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.